# United States District Court
## Southern District of Georgia

EDDIE KODELL GOODWIN

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:13-CV-263
4:11-CR-348

UNITED STATES OF AMERICA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order filed on 3/21/17, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered denying the 2255 motion.



3/21/17
*Date*

Scott L. Poff
*Clerk*

_____
(By) Deputy Clerk